PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJU BALA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTONY BLINKEN, ET AL.,<br><br>            Defendants. | CASE NO. 2:22-CV-00631-TLN-JDP<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

      The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.

      This case concerns the visa application of Plaintiff's wife, who is a citizen and national of India. On April 20, 2022, the consular official issued a request for evidence. The undersigned counsel is working with the State Department to take further action in this matter, which is expected to render this lawsuit moot.

      The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 13, 2022. The parties further request that all other filing deadlines be similarly extended.

1

Respectfully submitted,

Dated:  June 7, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ DAVID M. STURMAN
DAVID M. STURMAN
Counsel for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: June 8, 2022

Troy L. Nunley
United States District Judge

2