PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJU BALA, | CASE NO. 2:22-CV-00631-TLN-JDP |
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| v. | |
| ANTONY BLINKEN, ET AL., | |
| Defendants. | |

    The Defendants respectfully request a second extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.

    This case concerns the visa application of Plaintiff's wife, who is a citizen and national of India. On July 11, 2022, the consular official approved the visa petition for Plaintiff's wife. The undersigned counsel is working with the State Department to provide confirmation of the approval to Plaintiff, and Plaintiff anticipates that they will voluntarily dismiss this lawsuit upon receipt of this confirmation.

    The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 27, 2022. The parties further request that all other filing deadlines be similarly extended.

1

Respectfully submitted,

Dated:  July 13, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ DAVID M. STURMAN
DAVID M. STURMAN
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: July 14, 2022

Troy L. Nunley
United States District Judge